IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANISLAW FILIPEK, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 715 |
| | ) | |
| v. | ) | HON. JUDGE CASTILLO |
| | ) | Judge Presiding |
| RACHEL KRASS, ROSE WACH, | ) | |
| CESAR CLAUDIO, SEAN TULLY, | ) | MAGISTRATE JUDGE DENLOW |
| JOSEPH WALSH, BRIAN GUNNELL, | ) | |
| TIM SHANAHAN, DALE POTTER, A CHICAGO | ) | |
| POLICE OFFICER WHOSE NAME IS | ) | |
| UNKNOWN, CITY OF CHICAGO; | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT OFFICER'S MOTION
## FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Rachel KRASS, Rose WACH, Cesar CLAUDIO, Sean TULLY, Joseph WALSH, Brian GUNNELL, Tim SHANAHAN, and Dale POTTER("Defendant Officers"), by one of their attorneys, Thomas H. Freitag, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court, pursuant to FRCP 6(b)(1), to enlarge their respective times to answer or otherwise plead to Plaintiff's Complaint in this matter twenty-eight (28) days from today's date, up to and including April 17th, 2008.

In support of this motion, the undersigned state as follows:

1. I, the undersigned Thomas H. Freitag, am one of the Assistant Corporation Counsels of the City of Chicago assigned to represent the Individual Defendants in this matter.

2. Due to administrative delays in processing the Defendant Officers requests for representation, related to the recent filing of Plaintiff's Complaint on February 1st, 2008, it was

1

only today that the Individual Defense Litigation Division was first able to learn of the completed service on some of the Defendant Officers.

3. This case was not assigned to present counsel for Defendant Officers until today's date. Counsel has not yet met with his clients in order to prepare an answer, and therefore requests an additional twenty-eight days to answer. Answering on behalf of all Defendants at the same time will provide uniform briefing schedules as well as improved efficiencies for the Court.

4. We are therefore requesting a twenty-eight (28) day enlargement of time from today, March 20th, 2008, to answer or otherwise plead for the served Defendants, up to and including April 17th, 2008.

5. I have been unable to discuss this matter with Plaintiff's counsel, Mr. John Moore who I attempted to contact today by telephone.

6. Plaintiff has not been prejudiced by the delay in responding to his Complaint since the time service was had, and will not be prejudiced by the granting of this motion.

7. This motion is filed in good faith, and is not intended for the purpose of undue delay.

WHEREFORE, Defendants respectfully move this Honorable Court to enlarge their respective time twenty-eight (28) days from today, up to and including April 17th, 2008, to answer or otherwise plead in this matter.

Respectfully submitted,
RACHEL KRASS, ROSE WACH, CESAR CLAUDIO, SEAN TULLY, JOSEPH WALSH, BRIAN GUNNELL, TIM SHANAHAN, and DALE POTTER
By one of their attorneys,

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602          /s/ Thomas H. Freitag
(312) 742-7391                    Thomas H. Freitag
Atty. No. 6272245                 Assistant Corporation Counsel