UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Stanislaw Filipek
        Plaintiff,

v.               Case No.: 1:08−cv−00715
               Honorable Ruben Castillo

Rachel Krass, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 24, 2008:

  MINUTE entry before Judge Honorable Ruben Castillo:Defendant Officers' motion for enlargement of time to answer or otherwise plead [7] is granted. All defendants to answer or otherwise plead to the complaint on or before 4/17/2008. Motion hearing set for 3/25/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.