IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANISLAW FILIPEK, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 715 |
| | ) | |
| v. | ) | HON. JUDGE CASTILLO |
| | ) | Judge Presiding |
| RACHEL KRASS, ROSE WACH, | ) | |
| CESAR CLAUDIO, SEAN TULLY, | ) | MAGISTRATE JUDGE DENLOW |
| JOSEPH WALSH, BRIAN GUNNELL, | ) | |
| TIM SHANAHAN, DALE POTTER, A CHICAGO | ) | |
| POLICE OFFICER WHOSE NAME IS | ) | |
| UNKNOWN, CITY OF CHICAGO; | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO: John Moore
Law Offices of John Moore
20 S. Clark Street, Suite 2210
Chicago, Illinois  60603

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICER'S MOTION TO DISMISS,** a copy of which is herewith served upon you.

**PLEASE TAKE NOTICE** that on April 29th, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, before the Honorable Ruben Castillo or whomever shall be sitting in his stead, in Room 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANT OFFICER'S MOTION TO DISMISS.**

**DATED** at Chicago, Illinois this 17th day of April, 2008.

Respectfully submitted,

*/s/ Thomas H. Freitag*
THOMAS H. FREITAG
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-7391
Atty. No. 6272245

1

**CERTIFICATE OF SERVICE**

  The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF MOTION** and **DEFENDANT OFFICER'S MOTION TO DISMISS** was served upon the above-named at the above addresses by U.S. Mail on the 17th day of April, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

                */s/ Thomas H. Freitag*
                THOMAS H. FREITAG
                Asst. Corporation Counsel