# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 715 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Stanislaw Filipek vs. Krass, et al. | | |

**DOCKET ENTRY TEXT**

Settlement conference set for 5/1/2008 is vacated. Motion hearing held on 4/29/2008. Plaintiff's oral motion to dismiss defendant, City of Chicago is granted. Plaintiff's response to defendant Officers' motion to dismiss [10] is due on or before 5/20/2008. Defendants' reply will be due on or before 6/3/2008. The Court will rule by mail.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|