*MHN*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**F I L E D**

4-29-2008 cw

APR 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| STANISLAW FILIPEK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No. 08 C 715 |
| | ) | |
| RACHEL KRASS, et al., | ) | Hon. Ruben Castillo |
| | ) | |
| Defendants. | ) | Magistrate Judge Denlow |

## INITIAL STATUS REPORT

A. <u>Nature of the Case</u>

The basis for jurisdiction is Section 1 of the Fourteenth Amendment to the United States Constitution, 28 U.S.C. 1331, and 42 U.S.C. 1983 and 1988.

The nature of Plaintiff's claim against Defendants stems from 42 U.S.C. 1983 because Defendants used excessive force against Plaintiff.

Plaintiff seeks compensatory and punitive damages, attorney's fees and costs, the amounts of which are unknown at this time.

All named individual defendants have appeared.

There are no major legal issues, although Defendants have filed a joint motion to dismiss pursuant to *Bell Atlantic*.

The major factual issue is whether the force that Defendants used against Plaintiff was excessive.

There are no known key authorities that will assist the Court in understanding and ruling on the issues.

B. <u>Preparation of Draft Scheduling Order</u>

(A)    The parties shall have until 30 days after Defendants answer to Plaintiff's complaint to make Rule 26(a)(1) disclosures.

(B)    The following amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by <u>6/27/08 on all federal claims in the complaint</u>.  Amendments thereafter may be made only on motion for good cause shown.

(C)    Non-expert discovery will close on 8/28/08.

(D)    The cut-off date for designation of plaintiff's trial expert(s) as provided in
Fed. R. Civ. P. 26(a)(2) is 9/29/08; for defendant's trial expert(s),
10/28/08. Depositions of the experts shall be taken within 30 days of
designation. Unless otherwise stipulated, disclosure of experts will
include a report fully in compliance with Rule 26(a)(2)(B).

*At this time, the parties do not anticipate using experts at trial. However,
the parties reserve the right to name experts at a later date, at which time
the parties will provide Rule 26(a)(2)(B) disclosures.

(E)    Any dispositive motions (motions for summary judgment) will be
presented with a proposed agreed briefing schedule by 1/8/09, or 60 days
following the close of all discovery, whichever is later.

C.    Trial Status

A jury has been requested.

The probable length of trial is two days including jury selection.

D.    Consent to Proceed Before a Magistrate Judge

The parties at this time do not consent to have their case proceed before a
magistrate judge

E.    Settlement Status

Plaintiff's Demand $85,000.00

Respectfully Submitted,

/S/ John W. Moore  (thf)
John W. Moore (A.R.D.C. No. 6190084)
Attorney for Plaintiff
20 South Clark Street, Suite 2210
Chicago, Illinois 60603
(312) 419-1140

/S/ Thomas Freitag
Thomas Freitag (A.R.D.C. No. 6272245)
Attorney for Defendant Officers

Asst. Corporation Counsel
Individual Defense Litigation
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-7391