IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANISLAW FILIPEK, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C 715 |
| | ) | |
| v. | ) | HON. JUDGE CASTILLO |
| | ) | Judge Presiding |
| RACHEL KRASS, ROSE WACH, | ) | |
| CESAR CLAUDIO, SEAN TULLY, | ) | MAGISTRATE JUDGE DENLOW |
| JOSEPH WALSH, BRIAN GUNNELL, | ) | |
| TIM SHANAHAN, DALE POTTER, A CHICAGO | ) | |
| POLICE OFFICER WHOSE NAME IS | ) | |
| UNKNOWN, CITY OF CHICAGO; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:  John Moore
     Law Offices of John Moore
     20 S. Clark Street, Suite 2210
     Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' REPLY TO PLAINTIFF'S RESPONSE TO THEIR MOTION TO DISMISS**, a copy of which was served upon you using the Court's Electronic Filing System which sends notification of such filing to the attorneys of record in this case.

I hereby certify that on Tuesday, June 3, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system which sends notification of such filing to the attorneys of record in this case.

**DATED** at Chicago, Illinois this 3rd day of June, 2008.

Respectfully submitted,

*/s/ Thomas H. Freitag*
THOMAS H. FREITAG
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 742-7391
Atty. No. 6272245